# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NORMA YUMOL (1),<br>MIGUEL CORELLA (2),<br><br>    Defendants. | Case No. 21-CR-1872-JLS<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

    Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial setting currently set for August 20, 2021 at 1:30 p.m., be continued to October 1, 2021, at 1:30 p.m.

    For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendants in a speedy trial. Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

    **IT IS SO ORDERED.**

DATED: August 18, 2021

                                                       *Janis L. Sammartino*
                                                     Honorable Janis L. Sammartino
                                                     United States District Judge